## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Brian L. Strohl

     **Debtor**

BK NO. 16-02771 JJT

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

   Kindly enter my appearance on behalf of M&T Bank, as Servicer for Lakeview Loan Servicing, LLC, and index same on the master mailing list.

Re: Loan # Ending In: 6282

         Respectfully submitted,

         **/s/ Joshua I. Goldman, Esquire**
         Joshua I. Goldman, Esquire
         Thomas Puleo, Esquire
         KML Law Group, P.C.
         701 Market Street, Suite 5000
         Philadelphia, PA 19106-1532
         (215) 825-6306  FAX (215) 825-6406
         Attorney for Movant/Applicant